In the Matter of the Transfer Tax upon the Estate of
CHARLES F. WRIGHT, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
Appellant; GEORGIANA B. WRIGHT et al., as Trustees,
Respondents.

*Matter of Wright,* 165 App. Div. 312, reversed.
(Argued April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 11, 1914, which reversed an order of the New
York County Surrogate's Court assessing a transfer tax
upon the estate of Charles F. Wright, deceased. The
decedent, Charles F. Wright, had a remainder interest
in the trust fund under his mother's will subject to the
life use of his brother, William J. Wright, and subject
to be defeated by the birth of issue to his said brother.
The mother and both sons were non-residents. Charles
F. Wright died in 1909, before his brother, who died
without issue in 1912. Charles F. disposed of his remain-
der interest by his will. The comptroller contends that
the amendments to the Transfer Tax Law in 1910 and
1911 did not repeal the tax imposed upon the interest
passing under the will of Charles F. Wright in 1909.
The surrogate so determined. The Appellate Division,
by a divided court, held to the contrary.

*Alexander Otis, Schuyler C. Carlton* and *Lafayette
B. Gleason* for appellant.

*Edward P. Lyon* for respondents.

Order of the Appellate Division reversed upon the
authority of *Matter of Zborowski.* (213 N. Y. 109), with
costs in the Appellate Division and in this court payable
from the estate. The proceeding is remitted to the Sur-
rogate's Court of New York county with direction to
modify the order fixing the tax by deducting from the

value of the estate the value of the life estate of William J. Wright to which it was subject, and fixing the tax upon its remaining value; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.